IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEAN H. THERVE,

       Petitioner,

v.                                 CASE NO. 4:12cv28-SPM/WCS

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT,

       Respondent.

_____/

## **ORDER**

       THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated February 28, 2012 (doc. 9).   No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

       Accordingly, it is hereby ORDERED as follows:

       1.       The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

       2.       The clerk shall transfer this case to the Eleventh Circuit Court of

Appeals pursuant to the REAL ID Act of 2005, 8 U.S.C. § 1252.

DONE AND ORDERED this 30th day of March, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge